1   Peter Eliasberg (SBN# 189110)
    ACLU Foundation of Southern California
2   1313 West 8th Street
    Los Angeles, CA 90017
3   Telephone: (213) 977-9500
    Facsimile: (213) 977-5297
4   Email: peliasberg@aclusocal.org

5   Brendan Hamme (SBN# 285293)
    ACLU of Foundation Southern California
6   1851 East First Street, Suite 450
    Santa Ana, CA 92705
7   Telephone: (714) 450-3962
    Facsimile: (714) 543-5240
8   Email: bhamme@aclusocal.org

9   Carol A. Sobel (SBN# 84483)
    Law Office of Carol A. Sobel
10  3110 Main Street, Suite 210
    Santa Monica, CA 90405
11  Telephone: 310 393-3055
    Facsimile: 310 451-3858
12  Email: carolsobel@aol.com

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFF CHENG, an individual; and NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION, a non-profit organization,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF LOS ANGELES; and MICHAEL A. SHULL, General Manager of Los Angeles Department of Recreation and Parks, in his official capacity,<br><br>*Defendants*. | CASE NO. 2-17-CV-6084<br><br>**AMENDED [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

1  The Court, having reviewed the Complaint for Declaratory and Injunctive
2  Relief, the Ex Parte Application for Temporary Restraining Order, Plaintiffs'
3  Points and Authorities in Support thereof, and all declarations and exhibits in
4  support thereof, and Defendants' Opposition and all declarations and exhibits in
5  support thereof HEREBY ORDERS:
6  1.  That Defendants, their employees, assigns and anyone acting in
7  concert with them are temporarily restrained for the August 19, 2017 concert at
8  Pershing Square from enforcing the portion of the Camera/Photograph Rule that
9  prohibits "professional camera . . . equipment (including cameras with detachable
10 lenses. . . .")  **This TRO does not apply to the portion of the rule that bans**
11 **flash photography.**
12 2.  That Defendants appear before this Court on _____, at
13 _____ a.m./p.m. to show cause why the relief sought in the Ex Parte
14 Application should not be extended to a Preliminary Injunction.

Dated: _____, 2017

_____
United States District Court Judge